THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ramona Holmes, Appellant.
 
 
 

Appeal From Charleston County
 Daniel  F.  Pieper, Circuit Court Judge

Unpublished Opinion No. 2009-UP-378
 Submitted June 1, 2009 Filed June 30,
2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
  of Columbia; and Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Ramona
 Holmes appeals her guilty pleas for three
 counts of forgery, financial transaction card fraud, swindling, and exploitation
 of a vulnerable adult.  On
 appeal, Holmes' counsel alleges the plea
 did not meet the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.